**Abatement Order filed December 19, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00875-CR

_____

### IN RE BENJAMIN OSHEA CALHOUN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Criminal Court at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2274904**

## ABATEMENT ORDER

On November 1, 2019, relator Benjamin Oshea Calhoun filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relators asks this court to compel the Honorable Tonya Jones, presiding judge of Harris County Criminal Court at Law No. 15 to (1) vacate the order for relator to be tested for competency; (2) vacate the order for relator to have a psychiatric evaluation; and (3) vacate the order that a court reporter will record only pretrial hearings and trial in trial court cause number 2274904, styled *The State of Texas v. Benjamin Oshea Calhoun*.

Relator has not provided sworn or certified copies of all orders attached to his petition. *See* Tex. R. App. P. 52.3(k)(1)(A). Specifically, the order directing that the

court reporter will be provided during all hearings or trials before the court is neither sworn nor certified. Relator's petition will be denied as to relator's complaint about this order unless relator supplements the mandamus record with either a sworn or certified copy of that order on or before January 21, 2020.

Judge Jones voluntary recused herself from cause number 2274904, on October 9, 2019, and the case was transferred to Harris County Criminal Court at Law No. 16, the Honorable Darrell Jordan presiding. Because Judge Jones has recused herself from trial court cause number 2274904, we abate this mandamus proceeding to permit Judge Jordan to reconsider the decisions regarding relator's requests for relief.[1] *See* Tex. R. App. P. 7.2(b); *In re Blevins*, 480 S.W.3d 542, 544 (Tex. 2013) (orig. proceeding) (per curiam) (holding that when judge, who signed challenged order has recused from the case, court of appeals may abate original proceeding to allow new judge to consider challenged order).

Therefore, we abate this proceeding until January 21, 2020, to permit Judge Jordan to reconsider the orders underlying relator's requests for relief. On or before that date, Judge Jordan shall provide this court with signed orders reflecting his rulings regarding relator's requests for relief.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.

---

[1] Relator also asked this court to compel Judge Jones to rule on relator's motion to recuse or forward the motion to the presiding regional judge. *See* Tex. R. Civ. P. 18(f)(1). However, this request became moot when Judge Jones recused herself.